# THE VARGAS LAW FIRM

**ATTORNEY AT LAW**

---

**26 Court Street, Suite 1400,**
**Brooklyn, NY 11242**
**OFFICE (718) 596-0025 • FACSIMILE (718) 228-8386**
**Charlie@cvargaslaw.com**

November 10th, 2022

**HON. J. PAUL OETKEN**
United States District Judge
Southern District of New York
40 Foley Square, Court Room 706
New York, NY 10007

Re:     **United States v. Jose Costas**
Dkt. #:     **22 Cr. 280 (JPO)**

Dear Judge Oetken:

      As you are aware, I am retained Counsel for Mr. Jose Costas (herein after "Mr. Costas") in the abovementioned case. This letter application is respectfully submitted after consultation and consent with the government, Jose Costas and Counsel for De Leon requesting the conference of November 17th, 2022 as to Mr. Costas and Mr. De Leon be adjourned.

      Defense counsel reports that the defendant is engaged in review of a proposed plea agreement emailed by the government on November 9th, 2022 that is due to expire on November 21st, 2022. As a result, counsel is requesting an extension to file his motion, if necessary, and to review the proposed agreement with the defendant.

      Furthermore, the Defense counsel respectfully suggests that the Court finds that time from November 17th, 2022 until the next adjournment is excusable because the ends of justice is served by granting this continuance and that outweighs the best interest of the public and the defendant in speedy trial. 18 U.S.C. §§ 3161(A)-(C) AND (h)(7)(A)

      Defense counsel respectfully suggests a time and date convenient to the court in January 2023 with the exception of January 1st through January 6th, 2023.

Granted. The November 17, 2022 pretrial conference is adjourned to January 12, 2023 at 11:00 am. The Court hereby excludes time through January 12, 2023, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.

 So ordered:
 11/10/2022

Respectfully,

*Charlie Vargas*

_____
**Charlie A. Vargas, Esq.**

_____
J. PAUL OETKEN
United States District Judge